UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE A. GONZALEZ, et al., | No. 2:25-cv-01748-DC-JDP |
| Plaintiffs, | |
| v. | ORDER DISMISSING CLASS CLAIMS WITHOUT PREJUDICE, SUBMITTING INDIVIDUAL CLAIMS TO ARBITRATION, AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION |
| THORNTONS LLC, | |
| Defendant. | |
| | (Doc. No. 8) |

On September 29, 2025, the parties filed a stipulation notifying the court they have agreed to submit all of Plaintiffs' individual claims brought in this action to binding arbitration before National Arbitration and Mediation ("NAM") pursuant to arbitration agreements signed by the parties. (Doc. No. 8.) The parties further stipulate to dismiss Plaintiffs' putative class claims without prejudice and "to stay any non-individual PAGA claims pending arbitration of Plaintiffs' individual claims before NAM." (*Id.* at 4.)

Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. Plaintiffs' individual claims brought in this action are hereby submitted to binding arbitration before NAM pursuant to the parties' arbitration agreement;

2. Plaintiffs' putative class claims are dismissed without prejudice;

3. Plaintiffs' non-individual PAGA claims remain before this court, but proceedings

1  in this case are STAYED pending completion of the arbitration of Plaintiffs'
2  individual claims;
3  4. The current deadline of October 6, 2025 for the parties to file a joint status report
4  regarding scheduling is hereby VACATED, to be reset by the court after the stay is
5  lifted;
6  5. The court retains jurisdiction over this action to enforce the parties' stipulation, to
7  enforce any arbitration award, and to perform any other roles as permitted under
8  the arbitration agreement or by applicable law;
9  6. The parties shall file a joint status report regarding the status of the arbitration
10  within 180 days from the date of entry of this order, and every 60 days thereafter,
11  until the arbitration proceedings are completed; and
12  7. The parties shall file a joint status report to notify the court that arbitration
13  proceedings have concluded within fourteen (14) days of the issuance of the
14  arbitrator's decision.

IT IS SO ORDERED.

Dated:   **September 30, 2025**  
　　　　　　　　　　　　　　　　　　　　　Dena Coggins  
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2